**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6.3.2**
**Eastern Division**

Laura Gonzales
                              Plaintiff,

v.                                                     Case No.: 1:20−cv−00012
                                                               Honorable Mary M. Rowland

Town Of Cicero, et al.
                              Defendant.

**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Friday, March 13, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: The court adopts the parties' proposed discovery plan. MIDP disclosures due by 4/3/20. Written discovery shall be served by 4/17/20 and all fact discovery shall close on 9/30/20. The status set for 3/17/20 is stricken and reset to 6/3/20 at 9:30am. Parties should be prepared to report whether a settlement conference would be productive. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.