## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.2
### Eastern Division

Laura Gonzales
                           Plaintiff,

v.                                                       Case No.: 1:20–cv–00012
                                                          Honorable Mary M. Rowland

Town Of Cicero, et al.
                           Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, May 20, 2020:

      MINUTE entry before the Honorable Mary M. Rowland: The court has reviewed the parties' status report. Parties shall exchange Mandatory Initial Disclosure responses by June 19, 2020. Written discovery requests due 7/3/20. Fact discovery will close 12/16/20. These dates will not be impacted by any further General Orders regarding COVID 19 absent a motion from the parties. Status hearing set for 6/3/20 is stricken. On or before 6/30/20, parties shall file a joint status report to report whether a settlement conference would be productive. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.