## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Laura Gonzales
                              Plaintiff,

v.                                                   Case No.: 1:20−cv−00012
                                                              Honorable Mary M. Rowland

Town Of Cicero, et al.
                              Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, January 3, 2022:

      MINUTE entry before the Honorable Mary M. Rowland: Plaintiff's motion to reinstate the case [43] is granted. The case is reinstated on the docket for purposes of enforcement only. The Clerk of Court is directed to reopen this case. By 2/14/22 Plaintiff shall file a motion to enforce or a status report indicating that the court can close the case. Mailed notice. (dm, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.